**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Rogelio Gutierez Ruelas,
Petitioner,
v.
Luis Rosa, Jr.,
Respondent.

No. CV-26-07645-PHX-DWL

**ORDER**

Petitioner filed this action under 28 U.S.C. § 2241 challenging his immigration detention. (Doc. 1.) The Court ordered Respondents to show cause why the Petition should not be granted. (Doc. 4.) In the Response, Respondents state: "Respondents do not oppose a bond hearing in this matter. . . . However, Respondents' non-opposition is not meant to concede that Petitioner is not subject to mandatory detention under Section 1226(c). This is a matter better resolved in immigration court." (Doc. 7.) The Court accepts this concession as non-opposition to granting the Petition in part and granting a bond hearing.

**IT IS ORDERED:**

(1) Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is **granted in part** as described herein.

(2) Respondent must provide Petitioner a bond redetermination hearing within **seven days** or release Petitioner from custody under the same conditions that existed before Petitioner's detention.

(3) Respondent must provide a notice of compliance within **three days** of releasing Petitioner or providing Petitioner a bond hearing.

(4) Any pending motions, including the Motion for Appointment of Counsel (Doc. 2), are **denied as moot** and the Clerk of Court must enter judgment in Petitioner's favor and close this case.

Dated this 30th day of October, 2026.

Dominic W. Lanza
United States District Judge